IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LESHA ABIGAIL QUAYLE,<br><br>                Defendant. | Case No. 3:22-cr-00057-JMK-KFR |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 37. Pursuant to Rules 11 and 59 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Kyle F. Reardon by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the Magistrate Judge at which Ms. Quayle entered a guilty plea to Count 1, a violation 21 U.S.C. § 841(a)(1) with a factual basis that triggered the penalties of 21 U.S.C. § 841(b)(1)(C);[1] and Count 2 of the Indictment, a violation of 18 U.S.C. § 1956(h), Money Laundering Conspiracy.

---

[1] Docket 59 at 2, n.1.

Judge Reardon issued a Final Report and Recommendation at Docket 59, in which he recommended that the District Court accept the Defendant's plea of guilty to Counts 1 and 2. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Counts 1 and 2, Possession with Intent to Distribute and Money Laundering Conspiracy. Defendant is adjudged GUILTY of Counts 1 and 2.

The Imposition of Sentence hearing in this matter is confirmed for September 21, 2023, at 1:00 P.M. in Anchorage Courtroom 3.

DATED this 7th day of July, 2023 at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
United States District Judge

*United States v. Quayle*  Case No. 3:22-cr-00057-JMK-KFR
Order re Final Report and Recommendation  Page 2
Case 3:22-cr-00057-JMK-KFR   Document 62   Filed 07/07/23   Page 2 of 2